UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRILLO,<br><br>    Petitioner,<br><br>v.<br><br>NAPA SUPERIOR COURT,<br><br>    Respondent. | Case No. 21-cv-02092-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 7 |

This is a habeas petition filed pro se by a detainee. In the initial review order, the Court found that petitioner had failed to demonstrate extraordinary circumstances to warrant federal court intervention into his pending state criminal case. The petition was dismissed with leave to amend to provide petitioner a final opportunity to show extraordinary circumstances. The time to amend has passed and petitioner has not filed an amended petition or otherwise communicated with the Court. This case is **DISMISSED** without prejudice for the reasons stated in the prior order. The pending motion (Dkt. No. 7) is **VACATED** and a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 15, 2021

JAMES DONATO
United States District Judge